```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
JUST PLAY, LLC                      :
                                    :      21-cv-1504
         -v-                        :
                                    :      ORDER UNSEALING DOCKET
A ROMANTIC JEWELLERY STORE, BABY    :
TOY'S WORLD, BUBABOX STORE,         :
BUDROVKY STORE, CHENGKE TOY FUNNY   :
STORE, CHSXY OFFICIAL STORE, GALSS  :
ART STORE, HANDMADE JEWELS STORE,   :
HENGYI STORE, HONGZHIDA PACKAGING   :
(SHENZHEN) CO., LTD., HZSHINELING   :
STORE, KAIA STORE, MISSS YOU STORE, :
MUMU HANDMADE STORE, MUYOO STORE,   :
NANJING C.PATRICK TRADINGCO., LTD., :
NINGBO CENTURY GRAND IMP. & EXP.    :
CO., LTD., NINGBO GYL               :
INTERNATIONAL TRADE CO., LTD.,      :
NINGBO HAISHU WENYUE PACKAGE        :
PRODUCT CO., LTD., NINGBO JIE JIE   :
STATIONERY MANUFACTURING CO.,       :
LTD., NINGBO JOYRELAX PLASTIC CO.,  :
LTD., NINGBO SHINEGIFTS IMPORT &    :
EXPORT CO., LTD., NINGBO SW CO.,    :
LTD., NOWHERE STORE, RECORDING      :
MEMORIES STORE, SHOP5796113 STORE,  :
SHOP5799841 STORE, SHOP910342028    :
STORE, SIAN STORE, SONGDA           :
OFFICIAL STORE, SUDDENLY HEARTBEAT  :
STORE, TAFREE OFFICIAL STORE,       :
YIWU FEMTINDO E-COMMERCE CO., LTD., :
YIWU GIFTS & CRAFTS CUSTOMIZED      :
STORE and ZHEJIANG KARRY            :
PAINTING MATERIALS CO., LTD.,       :
                                    :
         Defendants.                :
                                    :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

The Clerk of the Court is directed to fully unseal the docket in the above-captioned case.

1

SO ORDERED.

Dated:     New York, NY
           March 18, 2021

_____
JED S. RAKOFF, U.S.D.J.